No. 1405, Misc. PARKER v. NEW YORK. Court of Appeals of New York. Certiorari denied. Petitioner *pro se. Carman F. Ball* and *Irma R. Thorn* for respondent.

No. 1406, Misc. HORNBECK v. WILKINS, WARDEN. Court of Appeals of New York. Certiorari denied.

No. 1408, Misc. YARBRAY v. BETO, CORRECTIONS DIRECTOR. Court of Criminal Appeals of Texas. Certiorari denied.

No. 1409, Misc. GORDON, ALIAS SMITH, v. MISSISSIPPI. Supreme Court of Mississippi. Certiorari denied. *Melvin L. Wulf* for petitioner.

No. 1410, Misc. GRIFFIN v. MICHIGAN. Supreme Court of Michigan. Certiorari denied.

No. 1411, Misc. KERN v. BANMILLER, CORRECTIONAL SUPERINTENDENT. Supreme Court of Pennsylvania. Certiorari denied.

No. 1412, Misc. CRIDER v. MAXWELL, WARDEN. Supreme Court of Ohio. Certiorari denied.

No. 1413, Misc. JACKSON v. MICHIGAN. Supreme Court of Michigan. Certiorari denied.

No. 1415, Misc. DRAPER ET AL. v. WASHINGTON ET AL. Supreme Court of Washington. Certiorari denied.

No. 1420, Misc. BISIGNANO v. NEW JERSEY. Supreme Court of New Jersey. Certiorari denied. *Richard F. Plechner* for petitioner.